# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2814

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Bryan W. Wright, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 16, 1999
Filed: December 22, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Bryan Wright pleaded guilty to conspiring to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. He objected to the presentence report's recommendation that he receive a two-level enhancement for possessing a firearm in connection with the offense, but he withdrew his objection at sentencing. The district court[1] sentenced Wright to 121 months imprisonment and 5 years supervised release. On appeal, Wright argues that the court erroneously applied the weapon enhancement.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

By withdrawing his objection to the weapon enhancement at sentencing, Wright intentionally relinquished or abandoned it, resulting in a waiver that extinguished his claim altogether.  Therefore, we need not review it, even for plain error.  See United States v. Olano, 507 U.S. 725, 733 (1993); United States v. Tulk, 171 F.3d 596, 600 (8th Cir. 1999); United States v. Gutierrez, 130 F.3d 330, 332 (8th Cir. 1997).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.